UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M.M. LEE PROPERTIES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AIRTOUCH COMMUNICATIONS, INC., a Delaware corporation; and AIRTOUCH, INC., a suspended California corporation,<br><br>Defendants. | ) CASE NO. CV 14-01154 MMM (CWx)<br>)<br>) JUDGMENT FOR PLAINTIFF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On July 31, 2014, the court granted in part and denied in part the motion of plaintiff J.M.M. Lee Properties, LLC's ("JMM") for entry of default judgment against defendants AirTouch Communications, Inc. and AirTouch, Inc. Consequently,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs recover $80,000 in damages for defendants' breach of the license agreement;

2. That plaintiffs recover post-judgment interest pursuant to 28 U.S.C. § 1961(a) at the rate of 0.11%;

1  3. That defendants, within a reasonable time, but no later than 30 days from the date of this judgment, deliver to JMM all labels, signs, packages, wrappers, cartons, circulars, advertisements, and other items in their possession bearing or containing any reproduction or representation of the AIRTOUCH mark;

4. That defendants and their shareholders, directors, employees, agents, officers, subsidiaries, and parent companies that have actual notice of this order, are permanently enjoined from (a) using the AIRTOUCH mark in any manner; (b) marketing, selling, or transferring any products under or branded with the AIRTOUCH mark; and (c) marketing, selling, or transferring any shares of stock in either defendant company using the AIRTOUCH mark; and

5. That the action be, and it hereby is, dismissed.

DATED: July 31, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE