UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M.M. LEE PROPERTIES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AIRTOUCH COMMUNICATIONS, INC., a Delaware corporation; and AIRTOUCH, INC., a suspended California corporation,<br><br>Defendants. | CASE NO. CV 14-01154 MMM (CWx)<br><br>JUDGMENT FOR PLAINTIFF |

J.M.M. Lee Properties, LLC commenced this action on February 13, 2014. The court entered judgment in its favor on July 31, 2014. J.M.M. then filed a motion for attorneys' fees. On November 3, 2014, the court issued an order awarding J.M.M. fees. Accordingly,

IT IS ORDERED AND ADJUDGED that J.M.M. recover attorneys' fees of $12,452 from defendants Airtouch Communications, Inc. and Airtouch, Inc.

DATED: November 3, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE